# Court of Appeals, State of Michigan

## ORDER

Rodene Joy Cassidy v Robert Francis Cassidy Jr

Docket Nos. 328004; 328024; 333319

LC No. 12-306259-DO

Kirsten Frank Kelly
Presiding Judge

Elizabeth L. Gleicher

Douglas B. Shapiro
Judges

The Court orders that the January 10, 2017 opinion is hereby AMENDED to correct a clerical error. On page 23 of the opinion, the three references to "MR. WHITESMAN" are corrected to read "[DEFENDANT'S ATTORNEY]."

In all other respects, the January 10, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 09 2017
_____
Date

_____
Chief Clerk